**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
BEVERLY KATHRYN MORGAN
DANNY R MORGAN
435 Hwy 43 #62
Columbia, MS 39429

CHAPTER 13 PROCEEDING:
21-50905 KMS

SSN: XXX-XX-4283

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

MYRTLES NURSING HOME
1018 ALBERTA AVENUE
COLUMBIA, MS 39429

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net