United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-50905-KMS
Beverly Kathryn Morgan Chapter 13
Danny R Morgan
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: 3180W Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Beverly Kathryn Morgan, Danny R Morgan, 435 Hwy 43 #62, Columbia, MS 39429-8473 |
| 5025921 | + | C Spire, PO Box 159, Meadville, MS 39653-0159 |
| 5025928 | + | Jeanette Wesley, 500 Ferrell St, Apt 6, Columbia, MS 39429-3033 |
| 5025929 | + | Merit Health, PO BOx 1280, Oaks, PA 19456-1280 |
| 5025931 | | TLC Wolf Rvier Resort, P.O. Box 637, Pass Christian, MS 39571 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 28 2026 20:17:56 | BMO BANK, PO BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | + | EDI: AISACG.COM | Oct 29 2026 00:40:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5032827 | + | Email/Text: bankruptcy@bmo.com | Oct 28 2026 20:22:00 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 5025918 | + | EDI: BANKAMER | Oct 29 2026 00:40:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5046033 | + | EDI: BANKAMER2 | Oct 29 2026 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5025919 | ^ | MEBN | Oct 28 2026 20:17:58 | Bank of the West, P.O. Box 4024, Alameda, CA 94501-0424 |
| 5025920 | + | EDI: TSYS2 | Oct 29 2026 00:40:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 5025922 | | Email/Text: cms-bk@cms-collect.com | Oct 28 2026 20:22:00 | Capital Management Ser, P.O. Box 120, Buffalo, NY 14220-0120 |
| 5025923 | + | EDI: JPMORGANCHASE | Oct 29 2026 00:40:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 5025924 | + | EDI: WFNNB.COM | Oct 29 2026 00:40:00 | Comenity Bank/Stage, Po Box 182789, Columbus, OH 43218-2789 |
| 5025925 | + | EDI: WFNNB.COM | Oct 29 2026 00:40:00 | Comenitycapital/goodsa, Po Box 182120, Columbus, OH 43218-2120 |
| 5025926 | | EDI: DISCOVER | Oct 29 2026 00:40:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 5027302 | | EDI: DISCOVER | Oct 29 2026 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5025927 | | Email/Text: collections@fergusonfcu.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 20:21:00 | Ferguson Federal Credit Union, 1026 E. Broad St., Monticello, MS 39654 |
| 5033332 | + | Email/Text: RASEBN@raslg.com | Oct 28 2026 20:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5033329 | ^ | MEBN | Oct 28 2026 20:17:51 | John S. Simpson, Esq., o/b/o Ferguson Federal Credit Union, P.O. Box 2058, Madison MS 39130-2058 |
| 5234082 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5048363 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 28 2026 20:21:00 | Merit Health Wesley, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5047784 | | EDI: PRA.COM | Oct 29 2026 00:40:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5048127 | | EDI: Q3G.COM | Oct 29 2026 00:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5043737 | | EDI: Q3G.COM | Oct 29 2026 00:40:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5045284 | + | EDI: PRA.COM | Oct 29 2026 00:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5025930 | + | EDI: SYNC | Oct 29 2026 00:40:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5040930 | + | Email/Text: FSBank@franklinservice.com | Oct 28 2026 20:21:00 | Trustcare Express Medical Clinic, c/o Franklin Collection Service, PO Box 3910, Tupelo MS 38803-3910 |
| 5025932 | + | Email/Text: amy@zellcofcu.org | Oct 28 2026 20:22:00 | Zellco Federal Credit Union, 520 Avenue V, Bogalusa, LA 70427-4494 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of the West |
| cr | | Ferguson Federal Credit Union |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Beverly Kathryn Morgan jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Danny R Morgan jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Karen A. Maxcy | on behalf of Creditor Bank of the West karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Danny R Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Beverly Kathryn Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 10

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Beverly Kathryn Morgan**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–4283** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Danny R Morgan**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–1425** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–50905–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Beverly Kathryn Morgan**
aka Beverly Angela Kathryn Morgan

**Danny R Morgan**
aka Danny Ray Morgan

Dated: 10/28/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**